```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**DEEANNA B. LEWIS,**

        Plaintiff,

   vs.                                  Civil Action 2:-13-cv-515
                                            Judge Watson
                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

## SCHEDULING ORDER

        In accordance with the Magistrate Judges' General Order Concerning Social Security Appeals (S.D. Ohio E.D. January 31, 2003), it is hereby **ORDERED** that plaintiff file a statement of errors within thirty (30) days of the date the Commissioner files the transcript of the administrative proceedings.

        The Commissioner is **ORDERED** to file a response to plaintiff's statement of errors within thirty (30) days of the date plaintiff files the statement of errors.  Any reply memorandum must be filed no more than fourteen (14) days later.

        If all parties consent under 28 U.S.C. §636(c) to disposition of this case by the Magistrate Judge, the parties should file their consents within thirty (30) days after the administrative record is filed.

                                                    *s/Norah McCann King*
                                                     Norah M$^c$Cann King
                                      United States Magistrate Judge

May 30, 2013