# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Deeanna Bluette Lewis,

      Plaintiff,

      v.                             Case No. 2:13–cv–515

Commissioner of Social Security,       Judge Michael H. Watson

      Defendant.

## ORDER

On December 16, 2013, the Magistrate Judge issued a report and recommendation recommending that the Court reverse the decision of the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that this action be remanded for further consideration of the medical opinion of Charmaine Blair, M.D.  ECF No. 15.  The Magistrate Judge expressly advised the parties of the deadline for filing objections and the consequences of failing to do so.  To date, no objections have been filed, and the deadline for doing so has long since passed.  The Court **ADOPTS** the Magistrate Judge's report and recommendation in its entirety.  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence 4 to further consider Dr. Blair's opinion.

      **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**