IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEEANNA BLUETTE LEWIS,**

    **Plaintiff,**

vs.

    Civil Action 2:13-cv-515
    Judge Watson
    Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

On May 30, 2014, the United States Magistrate Judge recommended that plaintiff's motion for attorney fees, Doc. No. 18, be granted.  *Report and Recommendation*, Doc. No. 20.  Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 20, is **ADOPTED AND AFFIRMED**.  Plaintiff's motion for an award of attorney fees and costs, Doc. No. 18, is **GRANTED**.

Plaintiff is **AWARDED** an attorney fee and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the total amount of $2,861.26.

    /s/ Michael H. Watson
    Michael H. Watson, Judge
    United States District Court